CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

| | |
|---|---|
| **DAVID W. AEMMER** | TELEPHONE 303-844-6017 |
| CHIEF CIRCUIT MEDIATOR | FACSIMILE 303-844-6437 |

October 18, 2021

John R. Crone, Esq.  
Law Office of John R. Crone  
2717 South Forest Street  
Denver, CO  80222  

Danielle L. Kitson, Esq.  
Littler Mendelson  
1900 Sixteenth Street, Suite 800  
Denver, CO  80202  

RE:  No. 21-1335 – Rebecca Brigham v. Frontier Airlines, Inc.

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Thursday, November 18, 2021 at 2:00 PM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorney with primary responsibility for this case. Our goal, however, is to secure the participation of the attorney on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure  
Conference Administrator