CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

October 18, 2021

John R. Crone, Esq.
Law Office of John R. Crone
2717 South Forest Street
Denver, CO  80222

Danielle L. Kitson, Esq.
Littler Mendelson
1900 Sixteenth Street, Suite 800
Denver, CO  80202

RE:  No. 21-1335 – Rebecca Brigham v. Frontier Airlines, Inc.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **December 6, 2021**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm