CASE NO. 21-1335

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

REBECCA BRIGHAM,
Plaintiff – Appellant,

v.

FRONTIER AIRLINES, INC.,
Defendant – Appellee.

_____

On Appeal from the United States District Court for the District of Colorado
The Honorable Judge William J. Martinez
District Court No. 1:19-CV-03417-WJM-STV

---

**APPELLEE FRONTIER AIRLINES, INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT ITS RESPONSE BRIEF**

---

Pursuant to Federal Rules of Appellate Procedure 27 and 32(a), and Tenth Circuit Rule 27, Appellee Frontier Airlines, Inc. ("Appellee" or "Frontier"), through its undersigned counsel, respectfully requests that this Court grant an extension of thirty (30) days, from January 5, 2022 to February 4, 2022 for Appellee to submit its Response Brief. Appellant Rebecca Brigham ("Appellant" or "Ms. Brigham") does not oppose the relief requested.

### I.     RELIEF REQUESTED

After obtaining a thirty (30) day extension from the Court, Appellant filed her Opening Brief on December 6, 2021. Therefore, the current deadline for Appellee to file its Response Brief is January 5, 2022. Appellee seeks an extension of thirty (30) days, from January 5, 2022 to February 4, 2022, to file its Response Brief. This is Appellee's first request for an extension in this appeal.

### II.     REASON FOR EXTENSION

Due to the press of other matters, including numerous depositions scheduled in other cases, as well as undersigned counsel's pre-planned holiday travel, Appellee requires a thirty (30) day extension of time in which to file its Response Brief.

### III.    PLAINTIFF'S CONSENT TO THE EXTENSION

On December 13, 2021, undersigned counsel contacted Appellant's counsel who confirmed that Appellant does not oppose the relief requested in this Motion.

### IV.    CONCLUSION

For the foregoing reasons, Appellee respectfully requests that this Court grant an extension of thirty (30) days, up to and including February 4, 2022, for it to file its Response Brief. Good cause exists to grant this extension, and it will not cause any material impediment to the expedient adjudication of this case.

n/a

Respectfully submitted this 20th day of December, 2021.

>*/s/ Danielle L. Kitson*
>Danielle L. Kitson
>Carolyn B. Theis
>LITTLER MENDELSON, P.C.
>1900 Sixteenth Street, Suite 800
>Denver, CO 80202
>Tel.: 303.629.6200
>Fax: 415.520.6685
>dkitson@littler.com
>catheis@littler.com
>
>*Attorneys for Appellee*

# CERTIFICATE OF SERVICE

I certify that on December 20, 2021, I electronically filed the foregoing **APPELLEE FRONTIER AIRLINES, INC.'S MOTION FOR EXTENSION OF TIME TO SUBMIT ITS RESPONSE BRIEF** with the Clerk of the United States Court of Appeals for the Tenth Circuit using the CM/ECF system, which will provide electronic service to counsel of record for Plaintiff-Appellant as follows:

John Reily Crone
Law Office of John R. Crone
2717 South Forest Street
Denver, CO 80222
Firm: 303/598-3526
Direct: 303-598-3526
Email: john@crone-law.com

>*s/ Danielle L. Kitson*
>Danielle L. Kitson