FILED
United States Court of Appeals
Tenth Circuit

February 7, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1335
(D.C. No. 1:19-CV-03417-WJM-STV)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on *Appellee's Motion to Seal Supplemental Appendix*. Appellee Frontier Airlines moves to file a supplemental appendix under seal that consists of a spreadsheet containing confidential, private, and sensitive information regarding Frontier employees who requested accommodations from Frontier. The spreadsheet was produced by Frontier during district court discovery and submitted as an exhibit by Appellant Rebecca Brigham in her motion for summary judgment. The district court restricted public access to the document. Frontier asserts that redacting the spreadsheet would be unmanageable and that sealing is the only practicable way to protect the information contained in the spreadsheet. Frontier's motion states that Ms. Brigham opposes the relief sought and that Ms. Brigham asserts that rather than sealing the spreadsheet, it should be replaced with a redacted version of the document.

Frontier's motion to seal is taken under advisement and referred to the panel of judges who will later be assigned to decide the merits of this appeal. Any response to the motion to seal filed by Ms. Brigham will also be referred to the merits panel. Appellee's supplemental appendix shall remain provisionally sealed pending a final determination by the court.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Sunil N. Rao*

By: Sunil N. Rao
    Counsel to the Clerk