UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 23, 2022

Danielle L. Kitson
Carolyn Bailey Theis
Littler Mendelson
1900 Sixteenth Street, Suite 800
Denver, CO 80202

**RE:**     21-1335, Brigham v. Frontier Airlines
           Dist/Ag docket: 1:19-CV-03417-WJM-STV

Dear Counsel:

No hard copies of appellee's brief and supplemental appendix have been filed. You must file seven copies of the brief and one copy of the supplemental appendix within three days of the date of this notice. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/jjh