**CASE NO. 21-1335**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

REBECCA BRIGHAM,
Plaintiff – Appellant,

v.

FRONTIER AIRLINES, INC.,
Defendant – Appellee.

_____

On Appeal from the United States District Court for the District of Colorado
The Honorable Judge William J. Martinez
District Court No. 1:19-cv-03417

_____

**UNOPPOSED MOTION TO WITHDRAW DANIELLE L. KITSON AS
COUNSEL FOR APPELLEE FRONTIER AIRLINES, INC.**

_____

          Respectfully submitted,

          Danielle L. Kitson
          Carolyn B. Theis
          LITTLER MENDELSON, P.C.
          1900 Sixteenth Street, Suite 800
          Denver, CO 80202
          Tel.: 303.629.6200
          Fax: 415.520.6685
          dkitson@littler.com
          catheis@littler.com

          Attorneys for Appellee

          March 31, 2022

Appellee Frontier Airlines, Inc. ("Appellee") respectfully requests that the Court permit Danielle L. Kitson to withdraw as counsel of record for Appellee in this matter. In support of this Motion, Appellee states as follows:

## MEMORANDUM OF POINTS AND AUTHORITIES

"Attorneys who appear in a case in this court may not withdraw absent entry of a court order allowing them to do so." 10th Cir. R. 46.1(A). As of April 1, 2022, Ms. Kitson will no longer be practicing with the law firm Littler Mendelson, P.C. Due to Ms. Kitson's departure from Littler Mendelson, P.C., Appellee has directed Ms. Kitson to withdraw her representation of it in this appeal and file this Motion.

Given that this appeal has been fully briefed, permitting Ms. Kitson to withdraw her representation will not affect these proceedings and will not be relied upon as a basis for delaying proceedings. Littler Mendelson, P.C. will continue its representation of Appellee, by and through Carolyn B. Theis, who is admitted to the bar of this Court and whose appearance in this case is entered. Therefore, Appellee respectfully requests an order from this Court permitting Ms. Kitson to withdraw her representation of Appellee in this matter.

Ms. Kitson conferred with Appellant's counsel, John Crone, on March 29, 2022, who confirmed Appellant does not oppose this Motion and the relief requested herein.

## **CONCLUSION**

For these reasons, Appellee respectfully requests an order permitting Danielle L. Kitson from withdrawing as its counsel in this proceeding.

Dated this 31st day of March 2022.

*s/ Danielle L. Kitson*
Danielle L. Kitson
Carolyn B. Theis
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tel.: 303.629.6200
Fax: 415.520.6685
dkitson@littler.com
catheis@littler.com

*Attorneys for Appellee*

# CERTIFICATE OF SERVICE

I certify that on March 31, 2022, I electronically filed the foregoing using the appellate CM/ECF system which will send notification of such filing to:

John R. Crone
The Law Office of John R. Crone, LLC
2717 South Forest Street
Denver, CO 80222
Phone: (303) 598-3526
john@crone-law.com

*Attorney for Plaintiff-Appellant Rebecca Brigham*

                                                *s/ Joanna Fox*
                                                Joanna Fox, Legal Secretary