```
                                                              FILED
                                                    United States Court of Appeals
         UNITED STATES COURT OF APPEALS                     Tenth Circuit

             FOR THE TENTH CIRCUIT                         March 31, 2022
    _____
                                                       Christopher M. Wolpert
                                                           Clerk of Court
```

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

                                  No. 21-1335
FRONTIER AIRLINES, INC.,             (D.C. No. 1:19-CV-03417-WJM-STV)
                                 (D. Colo.)

    Defendant - Appellee.

## ORDER

This matter is before the court on the "Unopposed Motion to Withdraw Danielle L. Kitson as Counsel for Appellee Frontier Airlines, Inc." The motion is granted.

Danielle L. Kitson is hereby withdrawn as counsel for the appellee.

                                                           Entered for the Court

                                                           CHRISTOPHER M. WOLPERT, Clerk