# United States Court of Appeals for the Tenth Circuit

Office of the Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
www.ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

**Instructions for Cases Set for Oral Argument**

Dear Counsel/Litigant:

The United States Court of Appeals for the Tenth Circuit will hear *in person* oral arguments on September 27, 28 and 29, 2022 ("September Term of Court"). No one may enter the courthouse while subject to the CDC's quarantine/isolation requirements. Anyone entering the Byron White United States Courthouse must comply with the court's **current pandemic-related requirements**, which may change prior to September Term of Court. Counsel must monitor the court's website for any such changes, and be prepared to comply with any and all COVID-19 vaccination, testing, and masking requirements that may be in place for September Term of Court. Arguing counsel may, for good cause, file a motion for leave to argue via video **no later than August 29, 2022**.

**Counsel must electronically file the following applicable form(s) within 10 days of the date this notice is filed. All required oral argument forms can be found here. Arguing counsel who have not previously entered an appearance must do so prior to filing the required form(s).**

> **Calendar Acknowledgment Form: Only counsel presenting oral argument must file this form. Pro se parties, counsel in cases submitted on the briefs, and counsel not presenting oral argument need not file an acknowledgment form.** Counsel for an amicus curiae may not argue without permission of the court; amicus counsel need not file an acknowledgment form unless and until granted permission to participate in argument.
>
> **Custody Status Questionnaire:** This form must be filed by counsel for the defendant in a direct criminal appeal (including interlocutory appeals, regardless of which party filed the appeal), counsel for the petitioner in a habeas corpus or immigration appeal, or counsel for any appellant or appellee who is in custody in any other appeal. **This form must be filed even if the case has been submitted on the briefs. If the party is pro se, the form need not be submitted.**

Motions to waive or postpone oral argument must be filed well in advance. *See* 10th Cir. R. 34.1(A)(2) and (3). Unless the court orders submission on the briefs or postponement, attendance (in person or via video) at oral argument is required. Arguing attorneys must check-in 45 minutes before the argument session is scheduled to begin. Please contact the Calendar Team with any questions: 303-335-2708 or 10th_Circuit_Calteam@ca10.uscourts.gov.

CHRISTOPHER M. WOLPERT, Clerk