CASE NO. 21-1335

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

REBECCA BRIGHAM,
Plaintiff – Appellant,

v.

FRONTIER AIRLINES, INC.,
Defendant – Appellee.

_____

On Appeal from the United States District Court for the District of Colorado
The Honorable Judge William J. Martinez
District Court No. 1:19-cv-03417

_____

## ENTRY OF APPEARANCE OF DAVID C. GARTENBERG FOR APPELLEE FRONTIER AIRLINES, INC.

_____

Please take notice that David C. Gartenberg, of the law firm of Littler Mendelson, P.C., enters his appearance on behalf of Defendant-Appellee Frontier Airlines, Inc. Mr. Gartenberg certifies that he is a member in good standing of the bar of this Court.

Dated this 12th day of August 2022.

*s/ David C. Gartenberg*
David C. Gartenberg
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Tel.: 303.629.6200
Fax: 415.520.6685
dgartenberg@littler.com

*Attorneys for Appellee*

## CERTIFICATE OF SERVICE

I certify that on August 12th, 2022, I electronically filed the foregoing using the appellate CM/ECF system which will send notification of such filing to:

John R. Crone
The Law Office of John R. Crone, LLC
2717 South Forest Street
Denver, CO 80222
Phone: (303) 598-3526
john@crone-law.com

*Attorney for Plaintiff-Appellant Rebecca Brigham*

*s/ Elisabeth L. Egan*
Elisabeth L. Egan

4855-0367-2366.1 / 057446-1017