# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

Case No.: 21-1335

REBECCA BRIGHAM,

    Appellant,

v.

FRONTIER AIRLINES, INC.,

    Appellee.

---

## UNOPPOSED MOTION TO APPEAR BY VIDEO

Appellant Rebecca Brigham, by and through the undersigned, hereby submits Unopposed Motion to Appear by Video. The undersigned counsel for Appellant conferred with counsel for Appellee regarding the relief requested herein, and counsel for Appellee indicated no opposition to the same.

Pursuant to the Court's Instructions for Cases Set for Oral Argument dated July 8, 2022, the undersigned counsel requests permission to appear by video conference for the oral argument scheduled in this matter for September 28, 2022 at 9:00 am. As good cause for this request, the undersigned counsel affirms that he will be in Anchorage, Alaska during the scheduled oral argument. As such, the

undersigned counsel respectfully requests the Court grant this Motion thereby granting permission for the undersigned to attend the oral argument in this matter by video conference.

    Respectfully submitted this 27th day of August, 2022.

**Counsel for Appellant**

/s/John R. Crone
John R. Crone
CO Bar No. 48284
THE LAW OFFICE OF JOHN R. CRONE, LLC
2717 S Forest Street
Denver, CO 80222
Telephone: (907) 223-4316
john@crone-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2022, a true and correct copy of the foregoing *Unopposed Motion to Appear by Video*, including any exhibits, was electronically filed with the Clerk of the Court using the appellate CM/ECF system, which also served all parties through their attorneys of record.

By: /s/ John R. Crone
     John R. Crone

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing notice complies with the requirements of Fed. R. App. P. 27 because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

By: /s/ John R. Crone
John R. Crone

## **CERTIFICATE OF DIGITAL SUBMISSION**

Pursuant to this Court's CM/ECF User's Manual, I hereby certify that: (i) all required privacy redactions have been made, per 10th Cir. R. 25.5; (ii) if required to file additional hard copies, the ECF submission is an exact copy of those documents; and (iii) the ECF submission was prepared on an Apple MacBook Air, utilizing all security features built into that device.

                                          By:   /s/ John R. Crone
                                                John R. Crone