FILED  
United States Court of Appeals  
Tenth Circuit

September 2, 2022

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1335  
(D.C. No. 1:19-CV-03417-WJM-STV)  
(D. Colo.)

_____

## ORDER

_____

This matter is before the court on Appellant's Unopposed Motion to Appear by Video. The motion is granted. Counsel for Plaintiff-Appellant Rebecca Brigham may appear at oral argument via video using Zoom for Government. The Clerk's Office Calendar Team will make the necessary arrangements and advise counsel of the same.

Within 7 days of the date of this order, all other counsel presenting oral argument in the case shall notify the Calendar Team (10th_Circuit_Calteam@ca10.uscourts.gov | 303-335-2708) whether they wish to appear at oral argument via video or in person.

                                        Entered for the Court

                                        CHRISTOPHER M. WOLPERT, Clerk