FILED  
United States Court of Appeals  
Tenth Circuit

September 28, 2022

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1335

_____

**ORDER**

_____

Before **BACHARACH**, **MCHUGH**, and **MORITZ**, Circuit Judges.

_____

    This matter was argued by counsel and submitted to the court. John Crone argued for the Appellant. David Gartenberg argued for the Appellee.

Entered for the Court

CHRISTOPHER M. WOLPERT  
Clerk of the Court