

**Littler Mendelson, PC**
1900 Sixteenth Street
Suite 800
Denver, CO 80202

David C. Gartenberg
303.629.6200 main
dgartenberg@littler.com

September 30, 2022

**VIA CM/ECF SYSTEM**

United States Court of Appeals for the Tenth Circuit
1823 Stout Street
Denver, CO 80257
Attn: Clerk of the Court

    Re:   *Rebecca Brigham v. Frontier Airlines, Inc.,* **Case No. 21-1335**
            Letter Pursuant to Fed. R. App. P. Rule 28(j)

Dear Clerk of the Court:

    Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure and the Court's request during oral argument on September 28, 2022, Appellee Frontier Airlines, Inc. provides the following supplemental citation in support of its Response Brief for the Court's consideration:

    *Fryer v. Coil Tubing Servs.*, LLC, 415 F. App'x 37 (10th Cir. 2011).

                              Sincerely,

                              */s/ David C. Gartenberg*

                              David C. Gartenberg

cc: John Crone (john@crone-law.com), Counsel for Appellant Rebecca Brigham