# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

Case No. 21-1335

REBECCA BRIGHAM.,

       Appellant,

v.

FRONTIER AIRLINES, INC.,

       Appellee.

---

## NOTICE OF CHANGE OF ADDRESS

---

Please take notice of the undersigned counsel's new address and serve notice

of all pleadings, orders, etc. to the following:

The Law Office of John R. Crone, LLC
2015 Meander Drive
Anchorage, Alaska 99516
Telephone: (907) 223-4316
Email: john@crone-law.com

Respectfully submitted this 25th day of October, 2022.

                             **Counsel for Appellant**

                             /s/John R. Crone
                             John R. Crone

CO Bar No. 48284
THE LAW OFFICE OF JOHN R.
CRONE, LLC
2015 Meander Drive
Anchorage, Alaska 99516
Telephone: (907) 223-4316
john@crone-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a true and correct copy of the foregoing *Notice of Change of Address*, including any exhibits, was electronically filed with the Clerk of the Court using the appellate CM/ECF system, which also served all parties through their attorneys of record.

By:   /s/ John R. Crone
      John R. Crone

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing notice complies with the requirements of

Fed. R. App. P. 27 because it has been prepared in 14-point Times New Roman, a

proportionally spaced font.

By:   /s/ John R. Crone
       John R. Crone

## CERTIFICATE OF DIGITAL SUBMISSION

Pursuant to this Court's CM/ECF User's Manual, I hereby certify that: (i) all required privacy redactions have been made, per 10th Cir. R. 25.5; (ii) if required to file additional hard copies, the ECF submission is an exact copy of those documents; and (iii) the ECF submission was prepared on an Apple MacBook Air, utilizing all security features built into that device.

By:   /s/ John R. Crone
         John R. Crone