FILED  
United States Court of Appeals  
Tenth Circuit

January 24, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

REBECCA BRIGHAM,

    Plaintiff - Appellant,

v.

FRONTIER AIRLINES, INC.,

    Defendant - Appellee.

No. 21-1335  
(D.C. No. 1:19-CV-03417-WJM-STV)  
(D. Colo.)

_____

### JUDGMENT

_____

Before **BACHARACH**, **McHUGH**, and **MORITZ**, Circuit Judges.

_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk