# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| REBECCA BRIGHAM<br><br>    Plaintiff - Appellant<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>    Defendant – Appellee. | No. 21-1335 |

## APPELLEE'S ITEMIZED AND VERIFIED BILL OF COSTS

In accordance with Fed. R. App. P. 39 and 10th Cir. R. 39, the undersigned attorney hereby submits Appellee's Itemized and Verified Bill of Costs.

Judgment having been entered in the above action on January 24, 2023 against Rebecca Brigham, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Photocopies – Appellee's Brief and Supplemental Appendix (450 pages) | $45.00 |
| Binding | $35.00 |
| Total: | $80.00 |

Attached hereto is a copy of Marathon Document Solutions' Invoice #49347 for the printing and binding of Appellee's Brief and Supplemental Appendix.

## **DECLARATION**

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: February 7th, 2023

*s/ David G. Gartenberg*
David G. Gartenberg
Carolyn B. Theis
LITTLE MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, Colorado 80202
Telephone:  303-629-6200
Facsimile:   303-629-0200
Email:  dgartenberg@littler.com
         catheis@littler.com

ATTORNEYS FOR APPELLEE
FRONTIER AIRLINES, INC.

## CERTIFICATE OF SERVICE

I certify that on February 7th, 2023, I electronically filed the foregoing **APPELLEE'S ITEMIZED AND VERIFIED BILL OF COSTS** with the Clerk of the United States Court of Appeals for the Tenth Circuit using the CM/ECF system, which will provide electronic service to counsel of record for Plaintiff-Appellant as follows:

> John R. Crone
> The Law Office of John R. Crone, LLC
> 2015 Meander Drive
> Anchorage, AK 99516
> Phone: (907) 223-4316
> john@crone-law.com
>
> *Counsel for Plaintiff – Appellant*
> *Rebecca Brigham*

s/David C. Gartenberg

4882-0776-3021.1 / 057446-1017