

Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

**Document Solutions**

Bill to 057446.1017
Approved MKH

3833787

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 2/25/2022 | 49347 |

| BILL TO | SHIP TO |
|---------|---------|
| Littler Mendelson PC<br>1900 16th Street, Ste 800<br>Denver, CO<br>80202 | Littler Mendelson PC<br>1900 16th Street, Ste 800<br>Denver, CO<br>80202 |

RECEIVED
FEB 2 8 2022
BY: ...............

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# | |
|-------------|-------|-----|------|-----|--------|----------|--|
| 057446.1017 | Net 15 | RB | 2/25/2022 | Federal Exp... | Joanna F. | 22020095 | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 450 | BBK | 8.5x11 B&W Prints | 0.10 | 45.00T |
| 10 | Bind | GBC Binding | 3.50 | 35.00T |
| 1 | CF | Court Filing | 35.00 | 35.00T |
| | | Sales Tax | 8.81% | 10.13 |

| | **Total** | $125.13 |
|--|-----------|---------|

## Stawarz, Kathy

| | |
|---|---|
| **From:** | Hindley, Karrie <KHindley@littler.com> |
| **Sent:** | Friday, February 25, 2022 3:47 PM |
| **To:** | Accounts Payable Request |
| **Cc:** | Garcia, Carlos |
| **Subject:** | FW: Marathon Invoice 49347 |
| **Attachments:** | LM_49347.pdf |

**Categories:**    Kathy

approved

**Karrie Hindley**
Office Administrator
303.362.2890 direct, 720.626.5574 mobile, 303.629.0200 fax
KHindley@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1900 Sixteenth Street, Suite 800, Denver, CO 80202-5835

**From:** Garcia, Carlos <CGarcia@littler.com>
**Sent:** Friday, February 25, 2022 1:44 PM
**To:** Hindley, Karrie <KHindley@littler.com>
**Subject:** FW: Marathon Invoice 49347

**Carlos Garcia Jr.**
Office Services/Facilities Clerk
303.362.2853 direct, 303.362.8021 fax
CGarcia@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
1900 Sixteenth Street, Suite 800, Denver, CO 80202-5835